1078

GREYHOUND LINES, INC., OF INDIANA v. Wm. H. HAMPTON, Adm'r of Estate of Harriet Ann Tomecek, Deceased.

No. 5732.

Circuit Court of Appeals, Sixth Circuit.

May 11, 1931.

Hartshorn, Thomas & Abele, of Cleveland, Ohio, for appellant.

E. S. Crudele and M. C. Harrison, both of Cleveland, Ohio, for appellee.

PER CURIAM.

Judgment of District Court affirmed by court order.

HART CORPORATION, Bankrupt, v. STROMBERG MOTOR DEVICES CO. and Detroit & Security Trust Co., Trustee in Bankruptcy of Hart Corporation, Bankrupt.

No. 5675.

Circuit Court of Appeals, Sixth Circuit.

April 10, 1931.

Goodenough, Voorheis, Long & Ryan, of Detroit, Mich., for appellant.

George E. Brand and Lightner, Oxtoby, Hanley & Crawford, all of Detroit, Mich., for appellees.

PER CURIAM.

Dismissed by court order pursuant to stipulation of counsel.

Henry W. HEEDY v. COMMISSIONER OF INTERNAL REVENUE.

No. 5548.

Circuit Court of Appeals, Sixth Circuit.

June 9, 1931.

Kennedy, Manchester, Ford, Bennett & Powers, of Youngstown, Ohio, for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Order of Board of Tax Appeals reversed upon authority of Burnet v. Logan.

William D. HEINSELMAN v. UNITED STATES of America.

No. 5962.

Circuit Court of Appeals, Sixth Circuit.

June 30, 1931.

Robert N. Brumbaugh and E. L. Mikesell, both of Dayton, Ohio, for appellant.

Haveth E. Mau, U. S. Atty., of Cincinnati, Ohio.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for appellee.

William J. HITCHCOCK v. COMMISSIONER OF INTERNAL REVENUE.

No. 5549.

Circuit Court of Appeals, Sixth Circuit.

June 9, 1931.

Kennedy, Manchester, Ford, Bennett & Powers, of Youngstown, Ohio, for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Order of Board of Tax Appeals reversed upon authority of Burnet v. Logan.